UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    -v-

                  **INDICTMENT**

NELSON ALDAMA,
    a/k/a "Domingo Aldama,"
    a/k/a "Vecino,"            08 Cr.
    a/k/a "Popito,"

        Defendant.

- - - - - - - - - - - - - - - - - - - - x

                  **COUNT ONE**

    The Grand Jury charges:

    1.    From at least in or about April 2007, through on or about June 5, 2007, in the Southern District of New York and elsewhere, NELSON ALDAMA, a/k/a "Domingo Aldama," a/k/a "Vecino," a/k/a "Popito," the defendant, and others known and unknown, unlawfully, intentionally and knowingly, did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

    2.    It was a part and an object of the conspiracy that NELSON ALDAMA, a/k/a "Domingo Aldama," a/k/a "Vecino," a/k/a "Popito," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 500 grams and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(B).

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. On or about May 29, 2007, NELSON ALDAMA, a/k/a "Domingo Aldama," a/k/a "Vecino," a/k/a "Popito," the defendant, had a telephone conversation with a co-conspirator not named as a defendant herein, who was in the Bronx, New York, about the sale of cocaine.

(Title 21, United States Code, Section 846.)

Forfeiture Allegations as to Count One

4. As a result of committing the controlled substance offense alleged in Count One of this Indictment, NELSON ALDAMA, a/k/a "Domingo Aldama," a/k/a "Vecino," a/k/a "Popito," the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853 and 970, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of the Indictment.

Substitute Asset Provision

5. If any of the above-described forfeitable property, as a result of any act or omission of NELSON ALDAMA,

a/k/a "Domingo Aldama," a/k/a "Vecino," a/k/a "Popito," the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value;

or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of NELSON ALDAMA, a/k/a "Domingo Aldama," a/k/a "Vecino," a/k/a "Popito," the defendant, up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 853 and 970.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

NELSON ALDAMA,
a/k/a "Domingo Aldama,"
a/k/a "Vecino,"
a/k/a "Popito," "

**Defendant.**

### INDICTMENT

08 CR ____

(Title 21, United States Code, Section 846)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

Indictment filed, case assigned to Judge Cote.
F. Maas, USMJ