USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :    08 CR. 396 (DLC)
                                        :
          -v-                           :    ORDER
                                        :
NELSON ALDAMA,                          :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    For the reasons stated on the record on August 19, 2008, it is hereby

    ORDERED that C.J.A. attorney, Lee Ginsberg, is appointed as additional counsel for the defendant effective August 19, 2008.

Dated:  New York, New York
        August 20, 2008

_____
DENISE COTE
United States District Judge